**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**June Gail McKEEHAN, Defendant–**
**Appellant.**

**No. 04–30624.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

Rene I. Salomon, Assistant U.S. Attorney, U.S. Attorney's Office Middle District of Louisiana, Baton Rouge, LA, for Plaintiff–Appellee.

Rebecca L. Hudsmith, Federal Public Defender, Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

June Gail McKeehan, New Orleans, LA, Pro Se.

---

328

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent June Gail McKeehan has moved to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). McKeehan has not filed a response to counsel's motion to withdraw.

Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. We decline to address any claim of ineffective assistance of counsel, without prejudice to McKeehan's right to assert such claims in a motion pursuant to 28 U.S.C. § 2255. *See United States v. Brewster*, 137 F.3d 853, 859 (5th Cir.1998). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.